■ CLARENDON NATIONAL INSURANCE COMPANY, as Subrogee of COUNTRY FORD, LTD., Respondent, v KURZ OIL COMPANY, Appellant, et al., Defendant. (Action No. 1.) MARYLAND CASUALTY COMPANY, Respondent, v COUNTRY FORD, LTD., Defendant, and KURZ OIL COMPANY, Appellant. (And Two Third-Party Actions.) (Action No. 2.) STATE FARM INSURANCE COMPANY, Plaintiff, v COUNTRY FORD, LTD., Defendant and Third-Party Plaintiff-Respondent. KURZ OIL COMPANY, Third-Party Defendant-Appellant. (And a Second Third-Party Action.) (Action No. 3.) STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Plaintiff, v KURZ OIL COMPANY, Appellant. (And a Third-Party Action.) (Action No. 4.) LIBERTY MUTUAL INSURANCE COMPANY, Re-

spondent, v COUNTRY FORD, LTD., Defendant, and KURZ OIL COMPANY, Appellant. (And a Third-Party Action.) (Action No. 5.) [778 NYS2d 285]—In five related actions, inter alia, to recover the proceeds of a property insurance policy, the defendant Kurz Oil Company appeals, as limited by its brief, from so much of an order of the Supreme Court, Nassau County (Brandveen, J.), dated August 12, 2003, as denied its motion for summary judgment dismissing the complaints and cross claims insofar as asserted against it.

Ordered that the order is affirmed, with costs.

There are issues of fact requiring the denial of summary judgment. H. Miller, J.P., Goldstein, Luciano and Spolzino, JJ., concur.